Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -3 PM 4:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

KAREL SPIKES,

Plaintiff,

vs

THRIFTY TRANSMISSION CORPORATION; BACI INVESTMENTS FAMILY LTD. PARTNERSHIP and DOES 1 THROUGH 10, Inclusive,
Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1200 J JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vahdeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL - 3 2008
DATE

K. HAMMERLY
By , Deputy Clerk