Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -3 PM 4:21
CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

Plaintiff,

vs

THRIFTY TRANSMISSION CORPORATION; BACI INVESTMENTS FAMILY LTD. PARTNERSHIP and DOES 1 THROUGH 10, Inclusive,
Defendants.

SUMMONS IN A CIVIL ACTION

BY ______ DEPUTY

Case No.

'08 CV 1200 J JMA

TO: (Name and Address of Defendant)

BACI INVESTMENTS FAMILY LTD. PARTNERSHIP
c/o Alfred B Salganick
855 Country Club Drive
Chula Vista, CA 91911

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL - 3 2008
DATE

K. HAMMERLY
By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ.
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : KARAL SPIKES

Ref. No. : 0297939-02
Atty. File No.: 08CV1200JJMA

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : KAREL SPIKES
DEFENDANT : THRIFTY TRANSMISSION CORPORATION et. al.

Case No.: 08 CV 1200 J JMA

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

3. a. Party served : BACI INVESTMENTS FAMILY LTD. PARTNERSHIP
AUTHORIZED AGENT FOR SERVICE: ALFRED B. SALGANICK
b. Person served : ALFRED B. SALGANICK
(AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 855 COUNTRY CLUB DR.
CHULA VISTA, CA 91911 (Residence)

5. I served the party
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 19, 2008 (2) at: 10:00 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
c. on behalf of: BACI INVESTMENTS FAMILY LTD. PARTNERSHIP
AUTHORIZED AGENT FOR SERVICE: ALFRED B. SALGANICK
under [xx] CCP 416.40 (association or partnership)

7. **Person who served papers**
a. RODRIGO LORA
b. KNOX ATTORNEY SERVICE, INC.
2250 Fourth Avenue
San Diego, California 92101
c. 619-233-9700
d. Fee for service: $51.75
e. I am:
(3) a registered California process server
(i) an independent contractor
(ii) Registration No.: 479
(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 22, 2008

Signature: ______________________
RODRIGO LORA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**